**IT IS ORDERED**

**Date Entered on Docket: June 15, 2018**

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**



_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re: EDUARDO SALCIDO.,

        Debtor.          No. 13-18-11373 TL

## ORDER

THE COURT having considered the Debtor's motion for extension of time to file his schedules, statements, means test, chapter 13 plan and related pleadings and FINDING it well taken;

IT IS ORDERED that Debtor is granted an extension to file his schedules, statements, means test, chapter 13 plan and related pleadings to June 27, 2018.

#END OF ORDER#

Respectfully submitted:


*/S/ Submitted electronically 06/14/2018*
Peter Aeneas Keys
Attorney for Debtor
401 East 21st Street
Silver City, New Mexico 88061
575-388-2521/Fax 575-388-5747
New Mexico License #1403

Approved:


*Via email June 14, 2018*
Tiffany M. Cornejo
Chapter 13 Trustee
625 Silver Avenue SW., Suite 350
Albuquerque, New Mexico 87102
505-243-1335/Fax 505-247-2709