# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

IN RE:
**EDUARDO SALCIDO, -4437,**                      No. 13-18-11373 TL
      **Debtor.**

## TAXATION AND REVENUE DEPARTMENT'S
## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

AS ITS OBJECTION to confirmation of the Debtor's chapter 13 Plan, the State of New Mexico, Taxation and Revenue Department (" Department"), by and through Hector Balderas, Attorney General (James C. Jacobsen, Assistant Attorney General), states:

1. For the purposes of 11 U.S.C. § 1308, the Department gives notice that at the time of the Petition, it had no record of receipt of the Debtor's New Mexico Personal Income Tax (PIT) returns for tax years 2013, 2016, and 2017.

2. Until such time as the Department receives all required tax returns, the Debtor's tax liability, eligibility for relief under chapter 13, and the feasibility of this or any plan the Debtor may propose cannot be determined.

3. The Department objects to confirmation of the Plan, and reserves the right to supplement or amend this objection and its claim, until after it has received all required tax returns, and has had a reasonable opportunity to examine the same.

WHEREFORE, the State of New Mexico, Taxation and Revenue Department prays the Court decline to consider confirmation of the Debtor's Plan until after such time as it has received all required tax returns, that the Court require the Debtor to provide the returns, that the Court grant the Department a reasonable period of time after receipt of the returns to supplement or amend this objection and its claim, and that the Court grant it such other and further relief as the Court deems just and appropriate.

Respectfully submitted,
HECTOR BALDERAS,
New Mexico Attorney General

by: /s/ Electronically Submitted
James C. Jacobsen
Assistant Attorney General
201 Third Street NW, Suite 300
Albuquerque, NM 87102
(505) 717-3527
(505) 318-1050 (fax)
jjacobsen@nmag.gov

I CERTIFY that on July 3, 2018 I electronically filed the foregoing objection with the Court via the CM/ECF system. On the date of filing, the CM/ECF system electronically served the objection on all attorneys and parties identified with the Court for electronic service on the record in this case in accordance with the CM/ECF system protocols. I certify that on the date of filing I mailed the foregoing by first class mail to the following parties, at the addresses listed below:
None.
/S/ James C. Jacobsen